1  Michael J. Miller, VA Bar No. 19171
   J. Christopher Ide , VA Bar No. 19307
2  David C. Andersen, CA Bar No. 194095
   THE MILLER FIRM, LLC
3  108 Railroad Avenue
   Orange, VA 22960
4  Telephone:  (540) 672-4224
   Facsimile:  (540) 672-3055
5
   Attorney for Plaintiffs
6

7

8                  UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  (SAN FRANCISCO DIVISION)

11

12  VIRDETH WEST,                          **MDL NO. 1699**

13           Plaintiffs,                   **District Judge:  Charles R. Breyer**

14  v.                                     **STIPULATION AND ORDER OF
                                           DISMISSAL WITHOUT PREJUDICE AS**
15  PFIZER INC., PHARMACIA                 **TO PLAINTIFF VIRDETH WEST**
    CORPORATION, and G.D. SEARLE, LLC,
16                                         Case No.  06-CV-2442
             Defendants.
17

18

19          Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

20  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

21  Plaintiff, Virdeth West, from this action without prejudice with each side bearing its own

22  attorney's fees and costs.

23          Should Plaintiffs or a representative of Plaintiff's attempt to re-file claim against

24  Defendant's, they should do so only by re-filing in the United States District Court.

25

26

27

28

                                                       STIPULATION AND ORDER FOR DISMISSAL

Dated:  Thursday, August 16, 2007

Respectfully submitted,

THE MILLER FIRM, LLC

By: _David C. Andersen_

DAVID C. ANDERSEN

Michael J. Miller, VA Bar No. 19171
J. Christopher Ide , VA Bar No. 19307
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone:  (540) 672-4224
Facsimile:  (540) 672-3055

Attorneys for Plaintiffs

Dated:  _8·23·07_

Respectfully submitted,

GORDON & REES

By: _Stuart M. Gordon_

STUART M. GORDON

CA Bar No.  37477
GORDON & REESE
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 262-3801

Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS
SO ORDERED**

Dated:  August 29, 2007

_____
Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

- - 2 - -

STIPULAT